UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ROBERTO EFRAIN PEREZ CASTRO,** § <br> § <br> *Petitioner*, § <br> § <br> v. § <br> § <br> **KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MARY DE ANDA-YBARRA, FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; ANGEL GARITE, ASSISTANT FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, EL PASO SERVICE PROCESSING CENTER; and DAREN K. MARGOLIN, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,** § <br> § <br> *Respondents*. § | No. 3:25-CV-00623-LS |

## ORDER DENYING MOTION FOR HEARING ON TEMPORARY RESTRAINING ORDER

Petitioner Roberto Efrain Perez Castro filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] He also filed a motion for a hearing on his application for a temporary restraining order.[2] Petitioner made his request for injunctive relief within his petition for a writ of habeas

---

[1] ECF No. 1.
[2] ECF No. 3.

corpus.[3] Under the Local Rules for the Western District of Texas, "[a]n application for a temporary restraining order or preliminary injunction shall be made in an instrument separate from the complaint."[4] Therefore, if Petitioner seeks a temporary restraining order or preliminary injunction, Petitioner is ordered to file such a motion separately from his habeas petition.

For this reason, Petitioner's motion [ECF No. 3] is denied.

**SO ORDERED**.

**SIGNED** and **ENTERED** on December 19, 2025.

                                               **LEON SCHYDLOWER**
                                               **UNITED STATES DISTRICT JUDGE**

---

[3] ECF No. 1 at 18–21.
[4] Local Court Rule CV-65.